TINDLE et al., Respondents, v. BIRKETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by Thomas Tindle and another against Clarence T. Birkett. No opinion. Judgment affirmed, with costs.

TOMPKINS v. MORTON TRUST CO. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Action by Hamilton B. Tompkins against the Morton Trust Company. No opinion. Motion denied.

In re TOREK. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) In the matter of the application of Franz J. A. Torek for the examination of Patrick M. Hannigan. No opinion. Motion denied, with $10 costs.

TOWN OF PALATINE et al. v. WATER SUPPLY CO. et al. (Supreme Court, Appellate Division, Third Department. March 15, 1904.) Action by the town of Palatine and others against the Water Supply Company and others. No opinion. Motion granted.

TRIGGS v. SUN PRINTING & PUBLISHING CO. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by Oscar L. Triggs against the Sun Printing & Publishing Company. No opinion. Motion granted.

VALENTINE, Appellant, v. LORENZO, Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Elizabeth H. Valentine against Gregorio Di Lorenzo. B. E. Valentine, for appellant. O. H. Droege, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

VAN DE CARR SPICE CO., Appellant, v. COOK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 22, 1904.) Action by the Van De .Carr Spice Company against Frederick Cook and another. No opinion. Judgment affirmed, with costs.

VAN KIRK, Respondent, v. GENESEE VALLEY BLUE STONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by Luther E. Van Kirk against the Genesee Valley Blue Stone Company. No opinion. Judgment and order affirmed, with costs.

VARIANO, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by Gaetano Variano, an infant, against the city of New York. T. Farley, for appellant. M. Simmons, for respondent. No opinion. Judgment and order affirmed, with costs.

VENT, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by Mary Vent, by guardian, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

VINAL, Appellant, v. MASONIC LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 22, 1904.) Action by Elizabeth A. Vinal against the Masonic Life Insurance Company of Western New York. No opinion. Judgment affirmed, with costs.

VOGELGESANG, Appellant, v. LEDWIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by Jacob Vogelgesang against Susanna Ledwin. No opinion. Judgment affirmed, with costs.

WARREN, Respondent, v. STIKEMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by Charles J. Warren against James Stikeman and Harry L. Stratton. No opinion. Judgment of the Municipal Court affirmed, with costs.

WARREN, Respondent, v. STIKEMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Charles J. Warren against James H. Stikeman and another. No opinion. Motion for reargument denied, with $10 costs.

WATERS, Respondent, v. SPENCER, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by Martin J. Waters against Ralph L. Spencer. W. K. Hall, for appellant. S. Callahan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WAYNE, Appellant, v. GALE, Respondent. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) Action by Cynthia Wayne against Mary Gale. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re WEBB. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) In the matter of the application of Arthur Leon Webb for admission to the bar. No opinion. Application granted.

WEILL, Respondent, v. WHISSEL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by Henry Weill against Michael Whissel and another. No opinion. Judgment affirmed, with costs.

In re WEINBERGER. (Supreme Court, Appellate Division, First Department. March 25, 1904.) In the matter of Joseph S. Weinberger. No opinion. Order to show cause granted. Memorandum per curiam.